UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Randall L. Comstock,

      Petitioner,

v.                                                                     No. 13-cv-1979 (JNE/JJG)
                                                                         ORDER

United States of America,

      Respondent.

---

This matter is before the Court on a Report and Recommendation from the United States Magistrate Judge, who recommends that Petitioner Randall Comstock's petition for a writ of habeas corpus under 28 U.S.C. § 2241 be dismissed for lack of subject matter jurisdiction. ECF No. 13. Comstock did not object.

Having conducted a de novo review of the record, the Court now adopts the Report and Recommendation.

Based on the files, records, and proceedings herein, and for the reasons discussed above,

IT IS ORDERED THAT:

    1.     Petitioner's Petition for a Writ of Habeas Corpus [ECF No. 1] is DISMISSED.

    2.     Petitioner's Motion to Grant Relief [ECF No. 8] is DENIED.

    3.     Petitioner's Motion to Enlarge Time [ECF No. 9] is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 9, 2014                                                      s/Joan N. Ericksen
                                                                                 JOAN N. ERICKSEN
                                                                                 United States District Judge